United States Bankruptcy Court
Southern District of Mississippi

In re:                                           Case No. 25-00381-JAW
Joseph Michael Buford                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                User: mssbad                                                     Page 1 of 2
Date Rcvd: May 02, 2025                        Form ID: n031                                             Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Michael Buford, 5146 Judkins Rd, Yazoo City, MS 39194-5322 |
| 5473853 | + | Ellis, Dees, Sadler, 1612 Mission 66, Ste 1, Vicksburg, MS 39180-3706 |
| 5473858 | + | Mutual Credit Union, Leslie R. Sadler, 1612 Mission 66, Suite 1, Vicksburg, MS 39180-3706 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5473850 | + | Email/Text: znotice@bankplus.net | May 02 2025 19:24:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5473851 | + | Email/PDF: creditonebknotifications@resurgent.com | May 02 2025 19:34:27 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5473852 | ^ | MEBN | May 02 2025 19:19:01 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113E, Syosset, NY 11791-4401 |
| 5473854 | + | Email/Text: bankruptcy@curo.com | May 02 2025 19:24:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5477697 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2025 19:34:22 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5473855 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2025 19:34:22 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5473856 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 02 2025 19:34:22 | Merrick Bank, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 5473857 | + | Email/Text: bankruptcydpt@mcmcg.com | May 02 2025 19:24:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5473859 | + | Email/Text: chill@mutualcu.org | May 02 2025 19:24:00 | Mutual Credit Union, Attn: Bankruptcy, Po Box 25, Vicksburg, MS 39181-0025 |
| 5473860 | + | Email/PDF: cbp@omf.com | May 02 2025 19:34:22 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5480549 | | Email/PDF: cbp@omf.com | May 02 2025 19:34:26 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5493917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 02 2025 19:34:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5480939 | | Email/Text: bnc-quantum@quantum3group.com | May 02 2025 19:24:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5473861 | | Email/Text: bankruptcy@towerloan.com | May 02 2025 19:24:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5502066 | + | Email/Text: bankruptcy@towerloan.com | May 02 2025 19:24:00 | Tower Loan of Mississippi, LLC, P.O. Box |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2025 | Form ID: n031 | Total Noticed: 18 |

320001, Flowood, MS 39232-0001

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mutual Credit Union |
| 5493203 | *+ | Mutual Credit Union, Leslie R. Sadler, 1612 Mission 66, Suite 1, Vicksburg, MS 39180-3706 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Leslie R. Sadler | on behalf of Creditor Mutual Credit Union lsadler@ellislawms.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Michael Buford trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−00381−JAW
Chapter: 13

**In re:**

Joseph Michael Buford
aka Joseph Buford, aka Joseph M Buford
5146 Judkins Rd
Yazoo City, MS 39194

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 05/02/2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: May 2, 2025                                              Danny L. Miller, Clerk of Court