_____



SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: July 7, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          BANKRUPTCY NO. 25-00381-JAW
JOSEPH MICHAEL BUFORD

## ORDER OF DISMISSAL

**THIS DAY,** the above-styled and numbered case came before this Court on the Trustee's Motion to Dismiss (DK #29 ). After adequate notice the debtor has failed to make payments to the Trustee as required or to file with the Clerk of this Court a written responsive pleading to the Motion.

**IT IS, THEREFORE ORDERED** that the above Chapter 13 proceeding is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com