United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00381-JAW
Joseph Michael Buford  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: ntcdsm | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Michael Buford, 5146 Judkins Rd, Yazoo City, MS 39194-5322 |
| 5473853 | + | Ellis, Dees, Sadler, 1612 Mission 66, Ste 1, Vicksburg, MS 39180-3706 |
| 5473858 | + | Mutual Credit Union, Leslie R. Sadler, 1612 Mission 66, Suite 1, Vicksburg, MS 39180-3706 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5473850 | + | Email/Text: znotice@bankplus.net | Jul 07 2025 20:13:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5473851 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 07 2025 20:16:51 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5473852 | ^ | MEBN | Jul 07 2025 20:09:57 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113E, Syosset, NY 11791-4401 |
| 5473854 | + | Email/Text: bankruptcy@curo.com | Jul 07 2025 20:13:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5477697 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 20:16:56 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5473855 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2025 20:17:01 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5473856 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2025 20:16:51 | Merrick Bank, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 5473857 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 07 2025 20:13:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5473859 | + | Email/Text: chill@mutualcu.org | Jul 07 2025 20:13:00 | Mutual Credit Union, Attn: Bankruptcy, Po Box 25, Vicksburg, MS 39181-0025 |
| 5473860 | + | EDI: AGFINANCE.COM | Jul 08 2025 00:16:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5480549 | | EDI: AGFINANCE.COM | Jul 08 2025 00:16:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5493917 | | EDI: PRA.COM | Jul 08 2025 00:16:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5480939 | | EDI: Q3G.COM | Jul 08 2025 00:16:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5473861 | | Email/Text: bankruptcy@towerloan.com | Jul 07 2025 20:13:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5502066 | + | Email/Text: bankruptcy@towerloan.com | Jul 07 2025 20:13:00 | Tower Loan of Mississippi, LLC, P.O. Box |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: ntcdsm | Total Noticed: 18 |

320001, Flowood, MS 39232-0001

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mutual Credit Union |
| 5493203 | *+ | Mutual Credit Union, Leslie R. Sadler, 1612 Mission 66, Suite 1, Vicksburg, MS 39180-3706 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Leslie R. Sadler | on behalf of Creditor Mutual Credit Union lsadler@ellislawms.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Michael Buford trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−00381−JAW
Chapter: 13

In re:
  Joseph Michael Buford
  aka Joseph Buford, aka Joseph M Buford
  5146 Judkins Rd
  Yazoo City, MS 39194

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
  xxx−xx−1955

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 7, 2025.

Dated: 7/7/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600